```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 24734
   NAEIF RAFEH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2900


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/18/2008 and was not confirmed.

     The case was dismissed without confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
GREENPOINT MORTGAGE        CURRENT MORTG         .00            .00            .00
HEAVNER SCOTT BEYERS & M   MORTGAGE NOTI   NOT FILED            .00            .00
STERLING/KAY JEWELERS      SECURED NOT I     1687.84            .00            .00
AMERICAS SERVICING COMPA   MORTGAGE NOTI   NOT FILED            .00            .00
WASHINGTON MUTUAL          MORTGAGE NOTI   NOT FILED            .00            .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00            .00            .00
WASHINGTON MUTUAL BANK     SECURED NOT I    28841.57            .00            .00
AMERICAS SERVICING COMPA   CURRENT MORTG         .00            .00            .00
AMERICAS SERVICING COMPA   SECURED NOT I     6868.75            .00            .00
WEST COAST REALTY SERVIC   SECURED NOT I    20959.30            .00            .00
CHASE BANK USA             UNSECURED         3360.12            .00            .00
GREENPOINT MORTGAGE        SECURED NOT I    17743.74            .00            .00
LVNV FUNDING               UNSECURED        13191.75            .00            .00
FORD MOTOR CREDIT CO       UNSECURED        21994.39            .00            .00
AMERICAN EXPRESS BANK      UNSECURED         9796.80            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         5747.93            .00            .00
PRO SE DEBTOR              DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                           ---------------      ---------------
TOTALS                            .00                    .00


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 24734 NAEIF RAFEH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                 /s/ Tom Vaughn
Dated: 03/05/09                _____
                                                 TOM VAUGHN
                                                 CHAPTER 13 TRUSTEE